UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JORGE GRIMALDO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:12-CV-4158-G (BN) |
| AURORA LOAN SERVICES, LLC, | ) | |
| ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and

the findings, conclusions, and recommendation of the United States Magistrate Judge

in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings,

conclusions, and recommendation of the magistrate judge are correct, and the court

**ACCEPTS** the findings, conclusions, and recommendation of the United States

Magistrate Judge.

**SO ORDERED**.

March 22, 2013.

_____
**A. JOE FISH**
**Senior United States District Judge**